■ DUKES OF DIXIELAND, Appellant, v. AUDIO FIDELITY, INC., Defendant-Respondent and Third-Party Plaintiff-Respondent. JOSEPH P. DELANEY, Third-Party Defendant-Appellant.— Orders entered on May 3, 1962, unanimously reversed, on the law, with $20 costs and disbursements to the appellant, and the motions to dismiss the third-party complaint granted, with $10 costs, without prejudice, however, in the exercise of discretion, to the institution of a separate action by respondent (cf. *Braun* v. *City of New York*, 17 A D 2d 264; *Kratter Corp.* v. *Grad*, Appeal No. 566, Cal. June 4, 1963). We do not reach or pass upon the merits of respondent's claim. We hold only that, as pleaded, the third-party complaint fails to meet the basic requirements of section 193-a of the Civil Practice Act. Concur — Botein, P. J., Stevens, Steuer, Bergan and Bastow, JJ.

■ TILLIE RAFKIN et al., as Executors of VICTOR RAFKIN, Deceased, Respondents, v. CONTINENTAL DIAMOND MINES, INC., Appellant.— Order entered on March 28, 1962, unanimously modified, on the law, to the extent of denying the cross motion of plaintiffs for summary judgment, and, as so modified, affirmed, with $20 costs and disbursements to defendant-appellant. On this record questions of fact are present at least as to plaintiffs being holders in due course and whether the negotiation of the notes was in violation of the alleged agreement between the maker and the payee not to negotiate them so long as the pledged diamonds were in the possession of the payee. Concur — Breitel, J. P., McNally, Eager, Steuer and Bastow, JJ. [33 Misc 2d 156.]